UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

SUZZANE JIMENEZ-JENKINS,

                    Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER
DAVID GRIECO, tax #940216, POLICE OFFICER
ROBERT MAYER, shield #18638, SERGEANT
FLORENCIO ARQUER, tax #915250, POLICE
OFFICERS JOHN DOES 1-2,

                    Defendants.
----------------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

12 CV 0002 (JBW)(SMG)

WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Richard Cardinale, Esq.
*Attorney for Plaintiff*
26 Court Street, Suite 1815
Brooklyn, NY 11242
(718) 624-9391

By: _____
    Richard Cardinale, Esq.
    *Attorney for Plaintiff*

Dated: New York, New York
        11/26, 2012

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
*Attorney for Defendants The City of New York,
Police Officer David Grieco, Police Officer
Robert Mayer and Sergeant Florencio Arquer*
100 Church Street
New York, New York 10007
(212) 788-0735

By: _____
    James F. Desmond, Jr.
    *Assistant Corporation Counsel*

close the case

SO ORDERED:

_____
HON. JACK B. WEINSTEIN
UNITED STATES DISTRICT JUDGE

